

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| S. C. P., | § | No. 08-14-00312-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, | § | of Reeves County, Texas |
| | § | (TC# 13-04-20350-CVR) |
| Appellee. | § | |

**O R D E R**

The Court GRANTS the Appellee's first motion for extension of time within which to file the brief until **February 11, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark Thomas Zuniga, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before February 11, 2015.

IT IS SO ORDERED this 29th day of January, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ